IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTENSEN FARMS & FEEDLOTS, INC., CHRISTENSEN BROTHERS PARTNERSHIP, LLP, and NATIONAL DIRECT INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOG SLAT, INCORPORATED, LUMBER SPECIALTIES - US LBM, LLC, SIGNET CONSTRUCTION, LLC, and SIGNET FARM SERVICES, LLC,<br><br>Defendants. | 8:24CV7<br><br>**ORDER ON NOTICE OF DISMISSAL OF SIGNET FARM SERVICES, LLC** |

This case is before the Court on Plaintiffs' Notice of Dismissal of Signet Farm Services, LLC. Filing 54. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss the claims asserted against Defendant Signet Farm Services, LLC, in this case without prejudice. Defendant Signet Services, LLC, has been served, *see* Filing 32, but has filed no responsive pleading. Accordingly,

IT IS ORDERED that Plaintiffs' Notice of Dismissal of Signet Farm Services, LLC, Filing 54, is granted, and all claims in this case asserted against Defendant Signet Farm Services, LLC, in this case is dismissed without prejudice.

Dated this 11th day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge