IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTENSEN FARMS & FEEDLOTS, INC., CHRISTENSEN BROTHERS PARTNERSHIP, LLP, and NATIONAL DIRECT INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOG SLAT, INCORPORATED, LUMBER SPECIALTIES - US LBM, LLC, SIGNET CONSTRUCTION, LLC, SIGNET FARM SERVICES, LLC, TIMBER TECH ENGINEERING, INC., and TIMOTHY ROYER,<br><br>Defendants. | 8:24CV7<br><br>ORDER ON STIPULATION OF DISMISSAL OF PLAINTIFF NATIONAL DIRECT INSURANCE COMPANY'S CLAIMS |

This case is before the Court on the Stipulation of Dismissal of Plaintiff National Direct Insurance Company's Claims Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) signed by counsel for all parties. Filing 109. The parties stipulate to the voluntary dismissal, without prejudice, of all claims asserted in this action by Plaintiff National Direct Insurance Company, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the parties' Stipulation of Dismissal of Plaintiff National Direct Insurance Company's Claims Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Filing 109, is accepted, and all claims asserted in this action by Plaintiff National Direct Insurance Company are dismissed without prejudice, with each party to bear its own costs and fees.

Dated this 23rd day of May, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1